UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WALTON, III, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LISETE VILLARREAL-LOPEZ, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00295-CDB <br><br> ORDER DIRECTING JOINT REPORT REGARDING DATES OF MUTUAL AVAILABILITY FOR MANDATORY SCHEDULING CONFERENCE <br><br> (Doc. 40) <br><br> **THREE-DAY DEADLINE** |

Plaintiffs Edwin Walton, III, and Edwin Walton, IV, initiated this action with the filing of a complaint on March 7, 2025, against numerous individuals employed by the County of Kern as social workers and deputy sheriffs. (Doc. 1). The Court set a scheduling conference for August 7, 2025, at 10:00 a.m. (Doc. 22). On that date, Robert Ross Powell attempted to appear on behalf of Plaintiffs and Andrew Christopher Hamilton appeared on behalf of Defendants. (Doc. 40).

As explained in the Order Setting Mandatory Scheduling Conference issued on March 11, 2025, attendance at said conference is mandatory, with appearances to be made remotely via Zoom video conference. (Doc. 9 at 2). During the conference held on August 7, 2025, counsel for Plaintiffs Mr. Powell failed to appear with a working video connection. Additionally, Mr. Powell's audio connection was substantially compromised, such that the Court was unable to proceed with the scheduling conference. In its prior Order, the Court advised the parties that "**SHOULD**

1  **COUNSEL OR A PARTY APPEARING *PRO SE* FAIL TO APPEAR AT THE**
2  **MANDATORY SCHEDULING CONFERENCE, OR FAIL TO COMPLY WITH THE**
3  **DIRECTIONS AS SET FORTH ABOVE, AN EX PARTE HEARING MAY BE HELD AND**
4  **JUDGMENT OF DISMISSAL, DEFAULT, OR OTHER APPROPRIATE JUDGMENT**
5  **MAY BE ENTERED, OR SANCTIONS, INCLUDING CONTEMPT OF COURT, MAY BE**
6  **IMPOSED AND/OR ORDERED**." *Id.* at 6 (emphasis in original).

7  Despite these warnings, counsel for Plaintiffs failed to appear with a functioning
8  connection, resulting in the inability of the Court to proceed with scheduling this action. Counsel's
9  failure to take reasonable measures to ensure his Zoom connection was operable in advance of the
10 scheduling conference is unnecessarily multiplying and delaying these proceedings and taxing the
11 Court's limited resources.

12 In light of Mr. Powell's failure to appear with a functioning Zoom video conference
13 connection, the Court will direct the parties to meet and confer and provide three dates of mutual
14 availability to re-appear for the mandatory scheduling conference. Additionally, Mr. Powell is
15 advised that, if he is unable to secure a working Zoom video conference connection, he must appear
16 in person for said conference at the Bakersfield Courthouse, 510 19th St, Bakersfield, California.
17 Mr. Powell shall set forth in the joint report whether he intends to appear by functioning video
18 conference Zoom connection or in person at the courthouse.

19 **Conclusion and Order**

20 Accordingly, the parties are HEREBY ORDERED to file a joint report, no later than three
21 (3) days after entry of this order, setting forth the following:

22     a. Three dates of mutual availability, within the next 45 days, to appear for the
23     mandatory scheduling conference; and
24     b. Whether counsel for Plaintiffs shall appear at said conference via functional
25     Zoom video conference connection or in person at the Bakersfield Courthouse
26     (510 19th St, Bakersfield, California).

27 ///
28 ///

**Any failure by counsel for Plaintiffs to comply with the Court's orders and appear at the scheduling conference, including appearance without a functioning video conference connection, may result in the imposition of sanctions (*see* Doc. 9 at 6).**

IT IS SO ORDERED.

Dated:   **August 7, 2025**

_____
UNITED STATES MAGISTRATE JUDGE