UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WALTON, III, *et al.*, | Case No. 1:25-cv-00295-CDB |
| Plaintiffs, | ORDER ON STIPULATION AMENDING SCHEDULING ORDER |
| v. | (Docs. 45, 49) |
| LISETE VILLARREAL-LOPEZ, *et al.*, | |
| Defendants. | ORDER DIRECTING PARTIES TO FILE JOINT DISCOVERY MANAGEMENT REPORT |
| | **<u>14-DAY DEADLINE</u>** |

Plaintiffs Edwin Walton, III, and Edwin Walton, IV ("Plaintiffs") initiated this action with the filing of a complaint on March 7, 2025, against numerous Defendants employed by the County of Kern as social workers and deputy sheriffs. (Doc. 1). On August 27, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 45). On December 31, 2025, the Court vacated the mid-discovery status conference set for January 5, 2026, based on the information contained in the parties' joint status report (Doc. 46), and reminded the parties of their obligation to diligently pursue and timely complete discovery within the scheduled case management dates. (Doc. 47). The Court denied the parties' summary request for a continuance of all discovery deadlines for failure to comply with the scheduling order's provisions governing requests to extend case management dates. *Id.*

Pending before the Court is the parties' stipulated request to amend the scheduling order to extend discovery deadlines and pretrial dates, filed on January 16, 2026. (Doc. 49). The parties assert good cause exists for the requested extension on grounds that newly retained counsel for Defendants, who only recently appeared in this action (Doc. 48), has upcoming trial conflicts with the current scheduling order, and seeks additional time to familiarize with the instant action. *Id.* at 2. The parties represent that there will be more than 20 percipient witness depositions taken, including the 14 named Defendants, both named Plaintiffs, and other non-party witnesses. *Id.* The parties seek to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Discovery | February 9, 2026 | May 11, 2026 |
| Expert Disclosure | February 23, 2026 | June 1, 2026 |
| Rebuttal Expert Disclosure | March 16, 2026 | June 22, 2026 |
| Expert Discovery | April 13, 2026 | July 20, 2026 |
| Non-Dispositive Motion Filing | April 27, 2026 | July 27, 2026 |
| Non-Dispositive Motion Hearing (CDB) | June 1, 2026, 10:30 AM | September 1, 2026 |
| Dispositive Motion Filing | July 1, 2026 | October 5, 2026 |
| Dispositive Motion Hearing (DJ) | August 17, 2026 | November 23, 2026 |
| Pretrial Conference (DJ) | January 11, 2027, 1:30 PM | *No change* |
| Jury Trial (DJ) | March 9, 2027, 8:30 AM | *No change* |

Based on the parties' stipulated representations, the Court finds good cause exists to amend case management dates and deadlines of the scheduling order. To ensure compliance with the Court's earlier reminder to the parties of their obligation to diligently pursue and timely complete discovery within the scheduled case management dates (*see* Doc. 47), the Court will require the parties to meet/confer and file a joint discovery management report regarding the scheduling of depositions and documenting diligent discovery management efforts.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 49), and for good cause shown, it is HEREBY ORDERED that the scheduling order (Doc. 45) is amended as modified as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | February 9, 2026 | May 11, 2026 |
| Expert Disclosure | February 23, 2026 | June 1, 2026 |
| Rebuttal Expert Disclosure | March 16, 2026 | June 22, 2026 |
| Expert Discovery | April 13, 2026 | July 20, 2026 |
| Non-Dispositive Motion Filing | April 27, 2026 | July 27, 2026 |
| Non-Dispositive Motion Hearing (CDB) | June 1, 2026, 10:30 AM | September 1, 2026, 10:30 AM |
| Dispositive Motion Filing | July 1, 2026 | October 5, 2026 |
| Dispositive Motion Hearing (DJ) | August 17, 2026 | November 23, 2026 |
| Pretrial Conference (DJ) | January 11, 2027, 1:30 PM | *No change* |
| Jury Trial (DJ) | March 9, 2027, 8:30 AM | *No change* |

All other case management dates and provisions of the operative scheduling order (Doc. 45) not in conflict with this order remain unchanged.

The parties are FURTHER ORDERED to file **within 14 days** of entry of this order a discovery management report documenting: (1) meet and confer efforts between counsel and all anticipated deponents regarding their availability to appear for depositions; (2) a preliminary schedule for the anticipated noticing of depositions for all witnesses; and (3) other diligent discovery management efforts.

IT IS SO ORDERED.

Dated:    **January 20, 2026**                          _____

UNITED STATES MAGISTRATE JUDGE

3