UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WALTON, *et al.*, | Case No. 1:25-cv-00295-CDB |
| Plaintiffs, | ORDER GRANTING DEFENDANT MAX MENDOZA'S SUBSTITUTION OF ATTORNEY |
| v. | |
| LISETE VILLARREAL-LOPEZ, *et al.*, | (Doc. 90) |
| Defendants. | |

The Court has read and considered the filed Consent Order Granting Substitution of Attorney Form AO-154 of Defendant Max Mendoza to substitute Anthony N. DeMaria as counsel of record in place of Andrew C. Hamilton.  (Doc. 90).

In light of the request and for good cause appearing, the substitution of attorney is GRANTED.

IT IS SO ORDERED.

Dated:    **May 8, 2026**

UNITED STATES MAGISTRATE JUDGE