UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWIN WALTON III, *et al*.,

Plaintiffs,

v.

LISETTE VILLAREAL-LOPEZ, *et al*.,

Defendants.

Case No. 1:25-cv-00295-CDB

ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO THE RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT

(Doc. 111)

Pending before the Court is the stipulated request of Plaintiffs Edwin Walton III, et al., and Defendants Lisette Villareal-Lopez et al., to extend each other's deadline to respond to the motions for summary judgment (from October 19, 2026, through and including October 26, 2026). (Doc. 111).

For good cause shown by the parties' representations, it is HEREBY ORDERED that each party shall file their opposition to the respective motion for summary judgment no later than **October 26, 2026**. Local Rule 230 shall govern the timing of the parties' filing of any optional reply brief.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE