UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WALTON III, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LISETTE VILLAREAL-LOPEZ, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00295-CDB<br><br>ORDER DIRECTING PARTIES TO FILE JOINT REPORT RE CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>(Docs. 105, 106, 128)<br><br>ORDER VACATING PRETRIAL CONFERENCE AND TRIAL<br><br>(Docs. 45, 50, 63, 104) |

**<u>Relevant Background</u>**

Plaintiffs Edwin Walton, III ("Walton III") and Edwin Walton, IV ("Walton IV") (collectively, "Plaintiffs") initiated this action with the filing of a complaint on March 7, 2025, against numerous individual Defendants employed by the County of Kern as social workers and deputy sheriffs ("Defendants"). (Doc. 1).

On November 23, 2026, the parties appeared before the Court via videoconference for hearing and oral argument on the pending cross-motions for summary judgment. (Doc. 128); *see* (Docs. 105, 106). The motions were argued and submitted.

At the hearing, the Court addressed an argument raised by Defendants in their opposition to Plaintiffs' motion for summary judgment that the motion should be denied as moot given that Plaintiffs' filed a first amended complaint after they filed their motion. *See* (Doc. 115 at 12-13).

The parties indicated a willingness to meet and confer to discuss the viability of filing new summary judgment briefs for the claims asserted in the operative first amended complaint.

**Discussion**

As discussed at the hearing and referenced above, the Court will direct the parties to meet and confer and file a joint report within 14 days of entry of this order addressing the following:

(1) Whether newly added Defendant County of Kern joins in the parties' report and representations in response to this Order;

(2) Whether the parties agree to withdraw the current cross-motions for summary judgment (Docs. 105, 106) and jointly propose a new briefing schedule on anticipated cross-motions for summary judgment directed towards Plaintiffs' claims in the operative first amended complaint (Doc. 109);

(3) Whether any new cross-motions for summary judgment will be limited to the first and second claims for relief (asserting violations under the Fourth and Fourteenth Amendments for unlawful seizure and detention) and whether newly added Defendant County of Kern will be required to join in the filing of and/or opposition to any such motion for summary judgment;

(4) Whether any separate timeline will govern the filing/briefing of any cross-motion for summary judgment on the third claim for relief (asserting *Monell* liability); and

(5) Whether and the extent to which the parties propose deadlines for any discovery necessary prior to the filing of anticipated, new cross-motions for summary judgment.

Given the posture of the case and the parties' expression of non-objection during the motion hearing, the Court will vacate the pretrial conference and trial commencement date, to be reset as necessary following the disposition of dispositive motions. *See* (Docs. 45, 50, 63, 104).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. The appearing parties shall meet and confer and file **within 14 days** of entry of this order a joint report addressing the five prompts indicated above; and
2. The pretrial conference and trial commencement date (Doc. 45) are VACATED, to be

reset as necessary following the disposition of dispositive motions.

IT IS SO ORDERED.

Dated: **November 24, 2026**

UNITED STATES MAGISTRATE JUDGE